J. C. Blakeslee and W. E. Boyington, copartners, trading as B. & B. Construction Company, appellees, v. William B. Jucus, appellant. Gen. No. 29,006.

Action upon building construction contract. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. James S. Baldwin, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1923. Affirmed. Opinion filed June 30, 1924. *Certiorari* denied by Supreme Court (making opinion final).

Bolton & Bolton, for appellant. Sullivan & Ward, for appellees.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

Jennie Lind Cole, appellee, v. Joseph R. Cole, appellant. Gen. No. 29,015.

Action upon transcript of foreign judgment of divorce awarding alimony. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. William R. Fetzer, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1923. Affirmed. Opinion filed June 30, 1924. Rehearing denied July 11, 1924.

Sullivan & Ward, for appellant; Martin M. Ward, of counsel. Henry M. Hagan, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

The State Bank of New York, appellee, v. S. B. Slater, appellant. Gen. No. 29,025.

Action by assignee upon promissory notes. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Wells M. Cook, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1923. Reversed and remanded. Opinion filed June 30, 1924.

Charles P. Schwartz, for appellant; William E. McNamara, of counsel. Edgar J. Schoen, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

John Duckenfield, appellee, v. The General Motor Underwriters, appellant. Gen. No. 29,034.

Action upon policy of automobile insurance. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Hosea W. Wells, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1923. Affirmed upon remittitur. Opinion filed June 30, 1924.

Montgomery, Hart & Smith, for appellant; Irving Herriott, of counsel. No appearance for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.